UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TRUSTEES OF THE PAINTERS LOCAL
1011 HEALTH REIMBURSEMENT
ARRANGEMENT FUND,

      Plaintiff,                                      Case No. 2:13-CV-250

v.                                                   HON. ROBERT HOLMES BELL

JAMES R. ANDERSON,

      Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On October 13, 2015, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (ECF No. 87) recommending that Defendant Anderson's objection to the writ of garnishment issued against Delta County Credit Union (ECF No. 76) be sustained.  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's October 13, 2015, R&R (ECF No. 87) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Anderson's objection to garnishment (ECF No. 76) is **SUSTAINED**.

Dated: November 19, 2015                          /s/ Robert Holmes Bell
                                                                      ROBERT HOLMES BELL
                                                                        UNITED STATES DISTRICT JUDGE